# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : NO. 19-493-M
:
SEAN CHRISTOPHER WILLIAMS :

# **O R D E R**

AND NOW, this _____ day of _____, 2018, the Court finds that the government and the defendant are engaging in discussions in order to determine whether this matter may be resolved through a non-trial disposition and that the defendant does not oppose the government's motion for continuance. The Court further finds that these reasons cause the ends of justice to best be served by granting a continuance in this matter, and that these reasons outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, in accordance with Title 18, United States Code, Section 3161(h)(7)(A), it is hereby ORDERED that the time in which an Indictment or Information must be filed in the above action is continued for a period until August 30, 2019.

BY THE COURT:

_____
HONORABLE CAROL S. MOORE WELLS
*United States Magistrate Judge*